# Harris v. The State.

APPEAL from Morgan Circuit Court.

Tried before the HON. W. W. CALLAHAN, Special Judge.

No counsel marked as appearing for appellant.

WILLIAM C. FITTS, Attorney-General, for the State.

The appellant was indicted, tried and convicted for forgery. There were demurrers interposed to the indictment which were overruled. This ruling of the court is held to be correct, on the authority of *Glenn v. State,* 116 Ala. 483, and authorities there cited. The judgment of conviction is affirmed.

Opinion by BRICKELL, C. J.